127 A.3d 1291

**Vamsidhar VURIMINDI, Petitioner**

v.

**Judge Diana ANHALT and Court of Common Pleas, Philadelphia, Respondents.**

**No. 133 EM 2015.**

Supreme Court of Pennsylvania.

Dec. 10, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.